# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### (Eastern Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:17-cr-00233-EAS |
| | ) | |
| PETROS CONTOGURIS, et al. | ) | |

## MOTION FOR LEAVE TO FILE INSTANTER RESPONSE

NOW COMES THE DEFENDANT, Mr. Azat Martirossian, respectfully moving this Court for leave to file instanter an attached response to the government's motion contra Mr. Martirossian's Motion to Dismiss. The government has requested that this Court grant affirmative relief, to which Mr. Martirossian deserves to respond. This Motion is accompanied by Mr. Martirossian's Response.

July 13, 2018                     Respectfully submitted,


                                  /s/ Terrence M. Fay
                                  Terrence M. Fay, Trial Attorney (0022935)
                                  David J. Carey (0088787)
                                  THOMPSON HINE LLP
                                  41 South High Street, 17th Floor
                                  Columbus, Ohio 43215
                                  Telephone: (614) 469-3200
                                  Facsimile: (614) 469-3361
                                  Email: Terrence.Fay@thompsonhine.com
                                  David.Carey@thompsonhine.com

Homer E. Moyer, Jr. (DC Bar #179150)*
Preston L. Pugh (DC Bar #229512)*
Ann K. Sultan (DC Bar #1019265)*
Katherine E. Pappas (DC Bar #1015657)*
MILLER & CHEVALIER CHARTERED
900 Sixteenth Street, N.W.
Washington, DC 20006
Telephone: (202) 626-6020
Facsimile: (202) 626-5801
Email: hmoyer@milchev.com
ppugh@milchev.com
asultan@milchev.com
kpappas@milchev.com

Armen Kharazian (DC Bar #1047674)*
Theodore Greenberg (DC Bar #227348)*
Jiyoung Yoon (DC Bar #1044201)*
LAW OFFICES OF ARMEN KHARAZIAN PLLC
1629 K Street, N.W., #300
Washington, DC 20006
Telephone: (202) 330-6399
Facsimile: (202) 478-1982
Email: armen.kharazian@kharazianlaw.com
tgreenberg@kharazianlaw.com
jyoon@kharazianlaw.com

*Admitted before this court pro hac vice*

*Counsel to Mr. Azat Martirossian*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2018, I caused to be electronically filed the foregoing with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing systems.

July 13, 2018                                         /s/ Terrence M. Fay
                                                      Terrence M. Fay, Trial Attorney (0022935)