# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
### (Eastern Division)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Case No. 2:17-cr-00233-EAS |
| ) | |
| ) | |
| PETROS CONTOGURIS, et al. ) | |
| ) | |

## NOTICE OF SUBSTITUTION OF DESIGNATED TRIAL ATTORNEY

Pursuant to S.D. Ohio Civ. R. 83.4, David J. Carey hereby withdraws his appearance as co-counsel of record for Defendant Azat Martirossian. Mr. Carey is leaving Thompson Hine LLP, effective August 16, 2018. All other counsel of record for Mr. Martirossian will continue to represent him in this matter.

August 14, 2018

Respectfully submitted,

/s/ David J. Carey
David J. Carey (0088787)

/s/ Terrence M. Fay
Terrence M. Fay, (0022935)
    Trial Attorney
THOMPSON HINE LLP
41 South High Street, 17th Floor
Columbus, Ohio 43215
(614) 469-3200
(614) 469-3361 (fax)
Terrence.Fay@thompsonhine.com

Homer E. Moyer, Jr. (DC Bar #179150)*
Preston L. Pugh (DC Bar #229512)*
Ann K. Sultan (DC Bar #1019265)*
Katherine E. Pappas (DC Bar #1015657)*
MILLER & CHEVALIER CHARTERED
900 Sixteenth Street, N.W.
Washington, DC 20006
Telephone: (202) 626-6020
Facsimile: (202) 626-5801
Email: hmoyer@milchev.com
ppugh@milchev.com
asultan@milchev.com
kpappas@milchev.com

Armen Kharazian (DC Bar #1047674)*
Theodore Greenberg (DC Bar #227348)*
LAW OFFICES OF ARMEN KHARAZIAN PLLC
1629 K Street, N.W., #300
Washington, DC 20006
Telephone: (202) 330-6399
Facsimile: (202) 478-1982
Email: armen.kharazian@kharazianlaw.com

*Counsel to Mr. Azat Martirossian*

* *Pro hac vice* application pending

## **CERTIFICATE OF SERVICE**

   I hereby certify that on August 14, 2018, I caused to be electronically filed the foregoing document with the Clerk of the Court via CM/ECF.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing systems.

               /s/ Terrence M. Fay
               Terrence M. Fay, (0022935)